IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES W. DONALDSON, | |
| Plaintiff, | |
| vs. | No. 05-2595-Ml/An |
| JOANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant, | |

ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

The plaintiff, through counsel, has sent to the Clerk a complaint pursuant to 42 U.S.C. § 405(g), with an application to proceed in forma pauperis under 28 U.S.C. § 1915. The motion to proceed in forma pauperis is GRANTED. The Clerk of Court is ORDERED to file the case without payment of the filing fee, and to record the defendant as Joanne Barnhart, Commissioner of Social Security.

IT IS SO ORDERED this 30 day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02595 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Honorable Jon McCalla
US DISTRICT COURT