FILED BY AD D.C.

05 OCT 25 PM 4:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY Cas

OCT 2 4 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

JAMES W. DONALDSON,

      Plaintiff,

v.                                                              Civil No. 05-2595

COMMISSIONER OF SOCIAL SECURITY,          MOTION GRANTED  /s/ Jon P. McCall
                                                         JON PHIPPS McCALLA
      Defendant.                                         U.S. DISTRICT JUDGE
                                                         Oct. 25, 2005
                                                         DATE

## UNCONTESTED MOTION AND MEMORANDUM
## FOR ADDITIONAL TIME TO FILE BRIEF

The defendant Commissioner of Social Security moves for an additional two weeks, up to and including November 7, 2005, to file an Answer in this case.

By signature below, counsel for the defendant certifies that he has conferred with counsel for the plaintiff regarding this motion. The plaintiff does not oppose the relief sought.

The Commissioner argues as follows in support of this motion. The Agency is still preparing a response to plaintiff's complaint. Therefore, the agency is unable to file an Answer within the time fixed by the court.

          Respectfully submitted,

          LAWRENCE J. LAURENZI
          Acting United States Attorney

By:   /s/ Joe A. Dycus
     Joe A. Dycus (#008730 Tennessee)
     Assistant United States Attorney
     167 North Main Street, Suite 800
     Memphis, Tennessee 38103
     (901) 544-4231

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-26-05

## CERTIFICATE OF SERVICE

I, Joe A. Dycus, hereby certify that on the date shown below, I mailed a photocopy of the foregoing to:

Mr. Chris Cornaghie
Attorney at Law
1407 Union Avenue #1203
Memphis, Tennessee 38103

This 24th day of October, 2005.

_____
Joe A. Dycus
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02595 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT