IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 NOV -2 PM 3: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

James W. Donaldson

    Appellant,

v.    Case No.: 2:05cv2595 -Ml

Commissioner of Social Security

    Appellee.

---

### ORDER SETTING SCHEDULING IN SOCIAL SECURITY CASE

The issues in the above-referenced matter having been joined, it is hereby ordered that the following schedule shall be followed:

1. Appellant shall file a brief in support of the asserted claim within 30 days of the entry hereof.

2. Appellee's brief in response shall be filed within 30 days of the filing of appellant's brief.

3. Reply brief may be filed within 10 days of the filing of appellee's response brief.

No further briefs shall be filed without leave of Court.

    Entered this 2 day of November, 2005.

THOMAS M. GOULD, CLERK

BY: _____
    Deputy Clerk

...ent entered on the docket sheet in compliance
..58 and/or 79(a) FRCP on  11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02595 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT