IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 DEC -8 AM 9:27
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| James W. Donaldson<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 05-2595<br>)<br>)<br>)<br>)<br>) |

## ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

The Plaintiff's motion for additional time to file a brief is granted. The Plaintiff shall file a brief by January 2, 2006.

_____
UNITED STATES DISTRICT JUDGE
Date: Dec. 7, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-8-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02595 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT