```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```
_____

JAMES W. DONALDSON,                )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )   No. 05-2595 Ml/V
                                   )
JO ANNE B. BARNHARDT,              )
Commissioner of Social             )
Security,                          )
                                   )
    Defendant.                     )
_____

### ORDER ADOPTING REPORT AND RECOMMENDATION
_____

    This cause is before the Court in connection with the Report and Recommendation of Magistrate Judge Vescovo regarding Plaintiff's appeal from a decision of the Commissioner of Social Security, denying her application for disability benefits.  Judge Vescovo's Report and Recommendation was filed on May 22, 2006.  The magistrate judge recommended that this Court affirm the Commissioner's decision denying Plaintiff's application for disability benefits.  Plaintiff did not file any objections to the magistrate judge's report.

    The Court has reviewed the Report and Recommendation and the entire record.  The magistrate judge specifically addressed the issues raised in Plaintiff's petition in her Report and Recommendation under the substantial evidence standard.  Based on a _de novo_ review of the record before the magistrate judge, the

Court ADOPTS the Report and Recommendation in its entirety.

So ORDERED this 21st day of June, 2006.

>      /s/ Jon P. McCalla
>      JON P. McCALLA
>      UNITED STATES DISTRICT JUDGE